IN RE RESIGNATION OF DEVICTOR.

[Cite as In re Resignation of DeVictor (1990), 50 Ohio St. 3d 605.]

(No. 90-365 — Submitted March 14, 1990 — Decided March 28, 1990.)

The resignation of Robert Louis DeVictor as an attorney is accepted.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.